**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TOMOKO FUNAYAMA** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **No. 13-cv-2667** |
| **CITY OF PHILADELPHIA,** | : | |
| **MICHAEL LAWSON, ROBERT** | : | |
| **KLINEBURGER, RORY O.** | : | |
| **CONNAUGHTON, NICHIA** | : | |
| **CORPORATION (JAPAN) and** | : | |
| **NICHIA AMERICA CORPORATION** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 25th day of November 2013, upon consideration of Defendants

Rory Connaughton, Nichia Corporation (Japan) and Nichia America Corporation's

motion to dismiss (doc. no. 6), and plaintiff's response thereto (doc. no. 7), **IT IS**

**HEREBY ORDERED:**

1.) Defendants' motion to dismiss is **GRANTED**;

2.) Plaintiff's claims against Rory Connaughton, Nichia Corporation (Japan)

and Nichia America Corporation are **DISMISSED WITH PREJUDICE**; and

3.)     Plaintiff's claims against the City of Philadelphia, Michael Lawson and Robert Klineburger based on the Pennsylvania Constitution and the International Convention for the Elimination of Racial Discrimination are **DISMISSED WITH PREJUDICE.**

BY THE COURT

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.