IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMOKO FUNAYAMA | : |
| | : |
|       Plaintiff, | : |
| | :   **CIVIL ACTION** |
| v. | : |
| | :   13-2667 |
| **CITY OF PHILADELPHIA, et. al.,** | : |
| | : |
|       Defendants. | : |

**ORDER**

**AND NOW**, this 9th day of April 2015, upon consideration of defendants' motion for summary judgment, doc. no. 31, and plaintiff's response thereto, doc. no. 34, **IT IS HEREBY ORDERED** that**:**

    1.)     Defendants' motion for summary judgment, doc. no. 31, is **GRANTED** as to plaintiff's claims against the City of Philadelphia and Officer Robert Klineburger;

    2.)     Defendants' motion is **GRANTED** as to plaintiff's Fourth Amendment claim;

    3.)     Defendants' motion for summary judgment is otherwise **DENIED**;

    4.)     Plaintiff's First Amendment claim will proceed to trial against Officer Michael Lawson; and

    5.)     This case is referred to the Honorable Henry S. Perkin for the purpose of conducting a scheduling conference.

                                                                    BY THE COURT

                                                                   /s/ Lawrence F. Stengel
                                                                  LAWRENCE F. STENGEL, J.